UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID ANDREW NICHOLSON,** | ) | Case No. CV 06-5611-JVS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **J.F. SALAZAR, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to calculate petitioner's term and set a release date in accordance with California Penal Code § 3041(a) date within thirty (30) days of the date of entry of judgment. If that release date has passed, respondent shall release petitioner on parole forthwith.

Dated: July 7, 2010

_____
James V. Selna
United States District Judge